1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN HENRY YABLONSKY,            ) Case No. EDCV 14-01877-PA (DTB)
                                 )
              Petitioner,        )
                                 ) **J U D G M E N T**
        vs.                      )
                                 )
WARREN L. MONTGOMERY,            )
Warden,                          )
                                 )
              Respondent.        )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 1, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1